



**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office:  (212) 356-2456

April 6, 2026

<u>**VIA ECF**</u>
Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *J.M.1 et al., v. N.Y.C. Public Schools,* 25-9928 (KPF)(SN)

Dear Judge Failla:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

I write to respectfully request a 30-day extension of Defendant's time to respond to the Complaint, from April 7 to May 7, 2026. This is the second request for an extension, the first extension having been granted on January 2, 2026. (ECF 11) Defendant presented a settlement offer on April 3, 2026, which Plaintiffs are considering. The requested extension should allow the parties the necessary time to engage in settlement discussions and hopefully resolve this matter without further burdening the Court. Defendant also respectfully requests an adjournment of the joint letter due April 7, 2026 until May 7, 2026 as well. Further, Defendant respectfully requests an adjournment of the Initial Pretrial Conference ("IPTC") currently scheduled for April 16, 2026 (with attendant submissions) until May 18, 2026 or a later date convenient to the Court. Plaintiffs consent to these requests.

Accordingly, Defendant respectfully requests (a) that Defendant's time to respond to the complaint be extended to May 7, 2026, with a joint status letter due that same date, and (b) an adjournment of the IPTC to May 18, 2026 or to a later date convenient to the Court..

Thank you for considering these requests.

Respectfully submitted,
*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc:     Michele Kule-Korgood (via ECF)

Application GRANTED.  Defendant's time to respond to the complaint is hereby ADJOURNED to on or before **May 7, 2026.**  The deadline for Defendant to submit a joint letter advising the Court of the status of settlement negotiations is also ADJOURNED to on or before **May 7, 2026.** Finally, the initial pretrial conference previously scheduled for April 17, 2026, is hereby ADJOURNED to **May 28, 2026,** at **10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:    April 7, 2026             SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE